

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2022

No. 04-22-00622-CV

**IN RE** Marissa **PETERSON**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19610
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
           Irene Rios, Justice
           Liza A. Rodriguez, Justice

On September 29, 2022, relator filed a motion to stay trial court proceedings pending resolution of her petition for writ of mandamus. Relator's motion to stay trial court proceedings is GRANTED. All proceedings in the underlying case are STAYED pending further order from this court.

Relator's mandamus petition remains pending before the court.

It is so **ORDERED** October 3, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT